1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3680
7     Facsimile:  (510) 637-3724
      E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. 4-12-70396-MAG
                                    )
14          Plaintiff,              )   STIPULATION AND [PROPOSED]
                                    )   ORDER REQUIRING DEFENDANT TO
15 v.                               )   APPEAR IN THE DISTRICT WHERE
                                    )   CHARGES ARE PENDING AND
16 JENNY KIU SAY TRUONG,            )   TRANSFERRING BAIL
                                    )
17          Defendant.              )
   _____)
18

19         IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through the undersigned attorney, that the identity

21 hearing presently set for April 19, 2012, be vacated, and the defendant ordered to appear in the

22 district where the charges are pending to answer those charges.  Defendant admits that she is the

23 Jenny Kiu Say Trong charged in the underlying indictment and waives an identity hearing.

24 IT IS SO STIPULATED:

25 Dated: April 17, 2012                    _____/S/_____
                                           ROGER PATTON
26                                         Attorney for Defendant

27 Dated: April 17, 2012                   _____/S/_____
                                           JOSHUA HILL
28                                         Assistant United States Attorney

STIP. AND [PROPOSED] ORDER
No.  4-12-70396-MAG

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11  UNITED STATES OF AMERICA,                )       No. 4-12-70396-MAG
                                              )
12          Plaintiff,                        )       [PROPOSED] ORDER REQUIRING
                                              )       DEFENDANT TO APPEAR IN THE
13  v.                                        )       DISTRICT WHERE CHARGES ARE
                                              )       PENDING AND TRANSFERRING BAIL
14  JENNY KIU SAY TRUONG,                     )
                                              )
15          Defendant.                        )
                                              )
16                                            )
                                              )
17  _____  )

18          GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this

19  matter now scheduled for April 19, 2012 is hereby vacated.

20          IT IS FURTHER ORDERED, that the defendant is ordered to appear in the district court

21  where the charges are pending to answer those charges.  The time and place to appear in that

22  court are: United States Courthouse, Western District of Pennsylvania, 700 Grant Street,

23  Pittsburgh, PA 15219, Courtroom 7B before the Honorable Chief Magistrate Judge Lisa P.

24  Lenihan on April 25, 2012 at 10:30 a.m.  The clerk is ordered to transfer any bail deposited in the

25  registry of this court to the clerk of the court where the charges are pending.

26

27  DATED: 4/18/12

28                                                    HON. KANDIS A. WESTMORE
                                                      United States Magistrate Judge

STIP. AND [PROPOSED] ORDER
No.  4-12-70396-MAG